**OVERSEAS TRADING COMPANY, INC., Plaintiff–Appellant,**

v.

**LUBRIZOL CORPORATION, Defendant–Appellee.**

No. 02–3527.

United States Court of Appeals, Sixth Circuit.

May 27, 2004.

enterprise because success is dependent on the success of those from whom they buy and

to whom they sell.").

Brian D. Sullivan, William V. Valis, Reminger & Reminger, Cleveland, OH, for Plaintiff–Appellant.

Suzanne F. Day, Cecil Marlowe, Wickliff, OH, for Defendant–Appellee.

Before COLE, and COOK, Circuit Judges; and SPIEGEL, District Judge.*

PER CURIAM.

Plaintiff–Appellant, Overseas Trading Company, Inc., appeals the district court's grant of summary judgment to Defendant–Appellee, the Lubrizol Corporation, in this diversity action alleging claims for breach of contract, unjust enrichment, promissory estoppel, and negligent misrepresentation. For the reasons stated in the district court's order of April 11, 2002, we AFFIRM the grant of summary judgment in favor of Defendant–Appellee Lubrizol.